No. 84–771. LEISNER *v.* BAHOU, PRESIDENT OF THE NEW YORK STATE CIVIL SERVICE COMMISSION, ET AL. Ct. App.

N. Y.   Certiorari denied.